IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHALON LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-CV-00224-BCW |
| ) | |
| CHEESECAKE FACTORY ) | |
| RESTAURANTS, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff, through undersigned counsel, and hereby certifies that on May 25, 2021, Plaintiff served Plaintiff's Rule 26 Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by electronic mail, in Adobe PDF format, to the following counsel of record:

Evan Jarrold
ejarrold@constangy.com
Charles Eberhardt
ceberhardt@constangy.com

**ATTORNEYS FOR DEFENDANT**

Date: May 25, 2021

Respectfully Submitted,

/s/ Mary Madeline Johnson

1

Mary Madeline Johnson, Mo. Bar 57716
220 Main Street, Suite 201
Platte City, MO 64079
Tel: (816) 607-1836
Fax: (816) 817=5507
mmjohnsonlaw@gmail.com

ATTORNEY FOR PLAINTIFF

**Certificate of Service**

    I hereby certify that on May 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECFM system which sent notice of the same to the following counsel of record:

Evan Jarrold
ejarrold@constangy.com
Charles Eberhardt
ceberhardt@constangy.com

ATTORNEYS FOR DEFENDANT

By:/s/Mary Madeline Johnson_____
Mary Madeline Johnson

ATTORNEY FOR PLAINTIFF